UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN R. HERRERA, | 1:11-cv-02166 DLB  (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| PAM AHLIN, | |
| Respondent. | |

Petitioner is a civil detainee proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed his petition on December 30, 2011.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition  will be screened in due course.

IT IS SO ORDERED.

Dated:   January 12, 2012              /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE